IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-321C (Judge Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David M. Hibey, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David M. Hibey
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 307-0163
Fax: (202) 514-8624
Email: David.Hibey@usdoj.gov

Attention: Classification Unit
8th Floor

s/David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: June 6, 2007

CERTIFICATE OF FILING

I hereby certify that on this 6th day of June, 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David M. Hibey