**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Case No. 07-321C**
**Honorable Christine O.C. Miller**

| | |
|---|---|
| **TRAVELERS CASUALTY AND** | **)** |
| **SURETY COMPANY OF AMERICA,** | **)** |
| | **)** |
| **Plaintiff,** | **)** |
| **v.** | **)** |
| | **)** |
| **UNITED STATES OF AMERICA,** | **)** |
| | **)** |
| **Defendant,** | **)** |
| | **)** |

**MOTION TO SUBSTITUTE PLAINTIFF'S LEAD COUNSEL OF RECORD PURSUANT TO RULE 83(c)(4)**

Joseph McGowan, Esq.
Bennett J. Lee, Esq.
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, CA 94104
(415) 623-7000 (Telephone)
(415) 623-7001 (Facsimile)

Attorney for Plaintiff
Travelers Casualty And Surety
Company of America

COMES NOW Travelers Casualty and Surety Company of America ("Travelers"), respectfully seeking leave of court to file the instant motion to substitute lead counsel for Travelers in this action, pursuant to Rule 83(c)(4) of the Court of Federal Claims Rules.

Travelers moves this Court to substitute Joseph McGowan, Esq. as lead counsel of record in this action, replacing Bennett Lee, Esq. This motion is supported by the consent of Bennett Lee, Esq., as evidenced in this motion, and the Affidavit of Appointment filed herewith. Pursuant to Rule 83(c)(4) of the Court of Federal Claims Rules, Travelers requests that this Court reflect the substitution in an appropriate entry on the Court's docket.

DATED: June 15, 2007

Respectfully submitted,

/S/ Joseph Mcgowan___________

Joseph McGowan, Esq.
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, CA 94104
(415) 623-7000 (Telephone)
(415) 623-7001 (Facsimile)

Attorney for Plaintiff
Travelers Casualty and Surety Company of America

**Consent of Previous Lead Counsel of Record to Substitution**

I, Bennett J Lee, current lead counsel of record for Travelers Casualty and Surety Company of America in the above-referenced action, consent to the substitution of my law partner, Joseph McGowan, as lead counsel of record.

DATED: June 15, 2007

/S/_Bennett Lee_______________

Bennett J. Lee, Esq.
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, CA 94104
(415) 623-7000 (Telephone)
(415) 623-7001 (Facsimile)

Attorney for Plaintiff
Travelers Casualty and Surety Company of America