**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Case No. 07-321C**
**Honorable Christine O.C. Miller**

| | |
|---|---|
| **TRAVELERS CASUALTY AND** | ) |
| **SURETY COMPANY OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant,** | ) |
| | ) |

**AFFIDAVIT OF APPOINTMENT IN SUPPORT OF TRAVELERS' MOTION TO SUBSTITUTE PLAINTIFF'S LEAD COUNSEL OF RECORD PURSUANT TO RULE 83(c)(4)**

Joseph McGowan, Esq.
Bennett J. Lee, Esq.
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, CA 94104
(415) 623-7000 (Telephone)
(415) 623-7001 (Facsimile)

Attorney for Plaintiff
Travelers Casualty And Surety
Company of America

I, Joseph McGowan, having been duly sworn, hereby depose and say as follows:

1. Travelers Casualty And Surety Company of America has appointed me as lead counsel in the case of *Travelers Casualty And Surety Company of America v. United States of America*, Case No. 07-321C.

DATED: June 15, 2007

J C McGowan

Joseph McGowan

**SUBSCRIBED TO AND SWORN**

before me on JUNE 15, 2007.

By: Aurora V. Cantrell
Notary Public, State of CALIFORNIA

My Commission Expires:
APR. 26, 2009

AURORA V. CANTRELL
Comm. #1573553
NOTARY PUBLIC-CALIFORNIA
City and County of San Francisco
My Comm. Expires Apr. 26, 2009