# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 07-321C

(Filed Sept. 19, 2007)

## ORDER

Further to the parties' Joint Preliminary Status Report filed on September 13, 2007, the court views the proposed schedule as unduly drawn out. Therefore, the court expects the parties to have evaluated their initial disclosures and, based on that evaluation, to have reassessed their discovery needs and to be able to propose a more realistic plan at the status conference scheduled below. Accordingly,

**IT IS ORDERED**, as follows:

1. By November 15, 2007, the parties shall exchange their initial disclosures.

2. A status conference shall be held at 3:00 p.m. on Friday, November 30, 2008, in the Howard T. Markey National Courts Building. Counsel for plaintiff shall notify the court at 202/357-6620 by November 20, 2008, if he wishes to participate by telephone conference call to be placed by the court. Counsel shall be prepared to discuss the progress of discovery and to propose a revised discovery schedule.

s/ Christine O.C. Miller

______________________________

Christine Odell Cook Miller
Judge