# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 07-321C

(Filed Nov. 30, 2007)

## ORDER

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

1. Fact discovery shall be completed by June 30, 2008.

2. Expert reports shall be exchanged by July 30, 2008.

3. Expert rebuttal reports shall be exchanged by August 29, 2008.

4. Expert depositions shall be completed by September 30, 2008.

5. A subsequent status conference shall be held at 3:00 p.m. on Monday, July 14, 2008, in the Howard T. Markey National Courts Building. Counsel for plaintiff shall notify the court at 202/357-6620 by July 9, 2008, if he wishes to participate by telephone conference call to be placed by the court. Counsel shall be prepared to discuss what they have learned during fact discovery and their plans for expert testimony.

s/ Christine O.C. Miller

__________________________________

Christine Odell Cook Miller
Judge