**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **Case No. 07-321C** |
| **v.** | ) | **Honorable Christine O.C. Miller** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant,** | ) | |

JOINT MOTION TO AMEND THE SCHEDULING ORDER

Defendant, the United States, and plaintiff, Travelers Casualty and Surety Company of America ("Travelers"), respectfully request that the Court amend the scheduling order issued in this matter as follows:

1. Enlarge the period for fact discovery from June 30, 2008 to November 30, 2008;

2. Enlarge the period for exchange of expert reports from July 30, 2008 to December 31, 2008;

3. Enlarge the period for exchange of expert rebuttal reports from August 29, 2008 to January 31, 2009;

4. Enlarge the period for expert depositions from September 30, 2008 to February 28, 2009.

5. The scheduling order presently directs the parties to convene for a status hearing before the Court on July 14, 2008. The parties do not request modification of that date and will appear on that date or on any other date convenient to the Court.

The foremost reason for seeking this amendment involves the Government's capacity to

respond to Travelers' document requests. Travelers served its document requests by first class mail on February 12, 2008. Because of mail irradiation procedures, the Government did not receive a copy of these discovery requests until the afternoon of March 2, 2008. The Government determined that there are approximately 45-50 boxes containing documents potentially responsive to Travelers' requests. The Government needs at least 60 more days to complete its review of the documents for privilege and responsiveness before producing documents to the plaintiff. Travelers will need sufficient time to review the documents and determine how it wants to proceed with depositions and any other discovery-related issues that may arise out of the production. Travelers may seek to depose witnesses whose identities, and schedules, will not be known until after it reviews the Government's documents. Similarly, enlargement of time will permit Travelers an opportunity to respond to forthcoming Government discovery as well as permit the Government to schedule depositions.

For the foregoing reasons, the parties respectfully request that the Court amend the scheduling order as suggested in this joint motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER.
Assistant Director

/s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624
Attorneys for Defendant

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA
By Counsel

/s/ Bennett J. Lee
Bennett J. Lee, Esq.
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
Citigroup Center, One Sansome St., Suite 1500
(415) 623-7000
Attorneys for the Plaintiff

CERTIFICATE OF FILING

I hereby certify that on April 3, 2008, a copy of the foregoing "JOINT MOTION TO AMEND THE SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bennett J. Lee