# In the United States Court of Federal Claims

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Plaintiff, | |
| v. | No. 07-321C |
| THE UNITED STATES, Defendant. | (Filed Apr. 4, 2008) |

## ORDER

The parties' Joint Motion To Amend the Scheduling Order filed on April 3, 2008, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraph 1 of the order entered on November 30, 2007, is modified insofar as fact discovery shall be completed by November 28, 2008.

2. Paragraph 2 of the order entered on November 30, 2007, is modified insofar as expert reports shall be exchanged by December 31, 2008.

3. Paragraph 3 of the order entered on November 30, 2007, is modified insofar as expert rebuttal reports shall be exchanged by January 30, 2009.

4. Paragraph 4 of the order entered on November 30, 2007, is modified insofar as expert depositions shall be completed by February 27, 2009.

5. Paragraph 5 of the order entered on November 30, 2007, scheduling the status conference remains in full force and effect.

s/ Christine O.C. Miller
______________________________
Christine Odell Cook Miller
Judge