**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** | |
| **Plaintiff,** | |
| | **Case No. 07-321C** |
| **v.** | **The Honorable Christine O.C. Miller** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**MOTION TO SUBSTITUTE PLAINTIFF'S LEAD COUNSEL OF RECORD PURSUANT TO RULE 83(c)(4)**

Bennett J. Lee, Esq.
Nicholas A. Merrell, Esq.
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, CA 94104
(415) 623-7000 (Telephone)
(415) 623-7001 (Facsimile)

Attorney for Plaintiff
Travelers Casualty And Surety
Company of America

COMES NOW Travelers Casualty and Surety Company of America ("Travelers"), respectfully seeking leave of court to file the instant motion to substitute lead counsel for Travelers in this action, pursuant to Rule 83(c)(4) of the Court of Federal Claims Rules.

Travelers moves this Court to substitute Nicholas A. Merrell, Esq. as lead counsel of record in this action, replacing Joseph C. McGowan, Jr., Esq. This motion is supported by the consent of Joseph C. McGowan, Jr., Esq., as evidenced in this motion, and the Affidavit of Appointment filed herewith. Pursuant to Rule 83(c)(4) of the Court of Federal Claims Rules, Travelers requests that this Court reflect the substitution in an appropriate entry on the Court's docket.

DATED: July 10, 2008

Respectfully submitted,

/s/ Nicholas A. Merrell
Nicholas A. Merrell
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, CA 94104
(415) 623-7000 (Telephone)
(415) 623-7001 (Facsimile)

Attorney for Plaintiff
Travelers Casualty and Surety Company of America

**Consent of Previous Lead Counsel of Record to Substitution**

I, Joseph C. McGowan, Jr., current lead counsel of record for Travelers Casualty and Surety Company of America in the above-referenced action, consent to the substitution of Nicholas A. Merrell as lead counsel of record.

DATED: July 10, 2008

/s/ Joseph C. McGowan, Jr.

Joseph C. McGowan, Jr. (Bar No. 166426)
ROGERS JOSEPH O'DONNELL
Robert Dollar Building, 10th Floor
311 California Street
San Francisco, California 94104
415-956-2828 (Telephone)
415-956-6457 (Facsimile)

Attorney for Plaintiff
Travelers Casualty and Surety Company of America