**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 07-321C** |
| | ) | **The Honorable Christine O.C. Miller** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF APPOINTMENT IN SUPPORT OF TRAVELERS' MOTION TO SUBSTITUTE PLAINTIFF'S LEAD COUNSEL OF RECORD PURSUANT TO RULE 83(c)(4)**

Bennett J. Lee, Esq.
Nicholas A. Merrell, Esq.
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, CA 94104
(415) 623-7000 (Telephone)
(415) 623-7001 (Facsimile)

Attorney for Plaintiff
Travelers Casualty And Surety
Company of America

I, Nicholas A. Merrell, having been duly sworn to practice in the United States Court of Federal Claims, hereby say and testify as follows:

1. Travelers Casualty And Surety Company of America has appointed me as lead counsel in the case of *Travelers Casualty And Surety Company of America v. United States of America*, Case No. 07-321C.

DATED: July 10, 2008

[signature]
Nicholas A. Merrell

**SUBSCRIBED TO AND SWORN**

before me on JULY 10, 2008, in San Francisco, California.

By: Aurora V. Cantrell, AURORA V. CANTRELL
Notary Public, State of CALIFORNIA.

My Commission Expires: APRIL 26, 2009