# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 07-321C

(Filed July 14, 2008)

## ORDER

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

The parties shall file a Joint Status Report by October 30, 2008, stating their progress with depositions and advising whether the court's assistance is required to resolve this matter informally.

s/ Christine O.C. Miller

__________________________________

Christine Odell Cook Miller
Judge